UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| RHONDA MAXWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV424-046 |
| | ) | |
| SPECTRUM HEALTH SYSTEMS, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff filed this action on March 7, 2024. Doc. 1. After the Court denied Plaintiff *in forma pauperis* status, Plaintiff paid the filing fee on May 2, 2024. Docket entry dated May 2, 2024. Because Plaintiff is not proceeding *in forma pauperis*, she must serve Defendants, in compliance with the applicable provisions of the Federal Rules of Civil Procedure.[1] *See* Fed. R. Civ. P. 4. Pursuant to Federal Rule 4(b), Plaintiff may present summonses to the Clerk of Court for signature and seal. Additionally, this Court's Local Rule 4.1 provides that unless a waiver of service is to be utilized, plaintiffs must present a completed summons when filing a

---

[1] The Federal Rules of Civil Procedure are available, in electronic format, on the United States Courts' website, at https://www.uscourts.gov/rules-policies/current-rules-practice-procedure/federal-rules-civil-procedure.

complaint. Plaintiff has not presented or otherwise requested any summonses from the Court or indicated that she has asked any Defendant to waive service. Within fourteen days of this Order, Plaintiff is **DIRECTED** to either present a summons to the Clerk or indicate that she intends to utilize the waiver of service provisions in Federal Rule 4(d). Plaintiff is advised that failure to comply with this Order may result in a recommendation that her case be dismissed. *See, e.g.,* Fed. R. Civ. P. 41(b). Additionally, nothing in this Order extends the deadline for service set forth in Federal Rule of Civil Procedure 4(m).

**SO ORDERED**, this 7th day of May, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA