## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

RHONDA MAXWELL,                    )
                                   )
      Plaintiff,              )
                                   )
v.                                 )               CV424-046
                                   )
SPECTRUM HEALTH                    )
SERVICES, *et al.*                 )
                                   )
      Defendants.             )

## REPORT AND RECOMMENDATION

*Pro se* plaintiff Rhonda Maxwell filed a Complaint alleging that her employer failed to accommodate her disability. *See* doc. 1 at 4-5. The Court denied her request to proceed *in forma pauperis*, doc. 9, and she paid the required filing fee, *see* docket entry dated May 2, 2024. She did not request a summons when she paid the filing fee, so the Court directed her to provide information about her plans to effect service. *See generally* doc. 11. She then requested, and the Clerk issued, as summons directed to Defendant Spectrum Health Services. *See* doc. 12. When no defendant had appeared after the deadline for service ran, the Court directed her to respond and show cause for her apparent failure to timely serve. *See*

*generally* doc. 13.  The deadline for her to respond to that Order has passed and she has not responded.  *See generally* docket.

This Court has the authority to prune cases from its docket where parties have failed to comply with its orders or to prosecute their cases. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989) ("The district court possesses the inherent power to police its docket."); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983).  The Local Rules permit the Court, *sua sponte*, to "dismiss any action for want of prosecution" where there has been "[w]illful disobedience or neglect of any order of the Court."  S.D. Ga. L. Civ. R. 41.1(b).  Plaintiff failed to comply with the Court's prior Order.  *See* doc. 13 at 2.  Accordingly, her case should be **DISMISSED**

This Report and Recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3.  Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy

on all parties.    The document should be captioned "Objections to Magistrate Judge's Report and Recommendations."

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge.    The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C).    The parties are advised that failure to timely file objections will result in the waiver of rights on appeal.    11th Cir. R. 3-1; *see Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED,** this 23rd day of April, 2025.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA